**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joshua S. Guillory
Attorney at Law
317 E. University Ave.
Lafayette LA 70503

Paul R. Baier
Attorney at Law
4222 Hyacinth Ave.
Baton Rouge LA 70808

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00628-CA**

**A.M.C., ET AL.**
**VERSUS**
**JAMES D. CALDWELL, ET AL.**

**Appealed from Lafayette Parish Case No. A-20130052**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. Van H. Kyzar**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Angela Marie Costanza AND Chasity Shanelle Brewer** has this

day been

    **DENIED.**

cc: Jennie Porche Pellegrin, Counsel for the Appellant
    Jeffrey K. Coreil, Counsel for the Appellant
    Jaclyn Bridges Bacon, Counsel for the Appellant
    Sara R. Buggs, Counsel for the Appellant
    Carolyn C. Cole, Counsel for the Appellant
    Jessica MP Thornhill, Counsel for the Appellant
    Patricia Hill Wilton, Counsel for the Appellant
    Stuart Kyle Duncan, Counsel for the Appellant